AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 08, 2026

SEAN F. MCAVOY, CLERK

|  |  |
|---|---|
| CARYL DANITA CARBY | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| STATE OF FLORIDA, et al | |
| *Defendant* | |

Civil Action No.   2:26-CV-0143-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   THOMAS O. RICE _____

Date:  5/8/2026 _____

*CLERK OF COURT*


s/Sean F. McAvoy _____
*Signature of Clerk*